9

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 0 6 1998

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | C.A. No.: B-97-203 |
| | § | |
| PETE M. TREVINO III | § | Claim No. 48395 |

## Default Judgment

Because Pete M. Trevino III has failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Pete M. Trevino III:

1. Principal of $2,801.51;

2. Prejudgment interest of $1,845.15 to May 8, 1998, and daily accrual of $0.61 to the date of judgment;

3. Attorney's fees of $250.00;

4. Administrative charges of $10.00;

5. Post-judgment interest at 5.434% per annum.

Signed Aug 6, 1998, at Brownsville, Texas.

_____
United States District Judge